JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARAM VARDANYAN,<br>Petitioner<br>v.<br>WARDEN FACILITY ADMINISTRATOR, Adelanto ICE Processing Center, et al.,<br>Respondents. | Case No. CV 26-6948-MWF (E)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting in Part Report and Recommendation of United States Magistrate Judge, **IT IS ADJUDGED** the Petition is granted in part and Respondents are ordered to release Petitioner (A# 220-759-178) from detention immediately, on reasonable conditions.

IT IS SO ORDERED.

Dated: September 17, 2026

MICHAEL W. FITZGERALD
United States District Judge